DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRIAN KOVALSKY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1578

[July 16, 2026]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael James Linn, Judge; L.T. Case No. 562014CF002451AXXXXX.

Brian Kovalsky, Madison, pro se.

James Uthmeier, Attorney General, Tallahassee, and Jessenia J. Concepcion, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and KINGENSMITH, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***